FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

AUG 1 0 2006

DAVID J. MALAND, CLERK
BY
DEPUTY _____

# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| BILL EMERSON | § | |
| | § | |
| V. | § | CASE NO. 4:06CV253 |
| | § | (Judge Schell/Judge Bush) |
| GREENVILLE CHRYSLER DODGE | § | |
| JEEP, ET AL. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report of the United States Magistrate Judge in this action, this matter having been heretofore referred to United States Magistrate Judge Don D. Bush pursuant to 28 U.S.C. § 636. On July 11, 2006, the Magistrate Judge entered his report containing his proposed findings of fact and recommendation that the above styled and numbered cause of action be dismissed.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court. It is, therefore,

**ORDERED, ADJUDGED** and **DECREED** that the above titled and numbered cause of action is hereby **DISMISSED.**

SIGNED this 10th day of August, 2006.

*Richard A. Schell*

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE